No.
04-00-00808-CV

 

                                                      IN
RE Richard RODRIGUEZ 

 

                                                               Original
Proceeding[1]

 

PER CURIAM

 

Sitting:              Alma
L. López, Justice

Catherine
Stone, Justice

Sarah
B. Duncan, Justice

 

Delivered and Filed:   November 29, 2000

 

PETITION FOR WRIT OF
MANDAMUS DENIED

 

The court
has considered relator=s
petition for writ of mandamus, and is of the opinion that relief should be
denied. See Tex. R. App. P. 52.8(a).
Accordingly, relator=s
petition for writ of mandamus is denied. 

Relator
shall pay all costs incurred in this proceeding.

The clerk
of this court is directed to transmit a copy of this opinion to the attorneys
of record, the trial court judge, and the trial court clerk.

PER
CURIAM

Do not publish











[1] This proceeding arises out Cause No. 2000-CR-0933,
styled The State of Texas v. Richard Rodriguez, pending in the 187th
Judicial District Court, Bexar County, Texas, the Honorable Raymond Angelini
presiding.